IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>Timothy C. Abbott, D.P.M.<br>Medicine & Surgery of the Foot<br>411 High Street, Nashville, Tennessee 37211 | No. 3:19-MJ-3036 |

## MOTION TO UNSEAL

The United States of America, by and through the undersigned counsel, moves this Court to unseal all the documents filed in this case, other than Attachment D to the Application for a Search Warrant.

In March 2019, Magistrate Judge Joe B. Brown was presented with an affidavit in support of an application seeking a warrant to search the medical office of Timothy C. Abbott, D.P.M. Judge Brown granted the application and issued a warrant in this case. Those documents were sealed at the time of their execution because they related to an ongoing investigation. The target has been indicted and the United States wants to disclose the affidavit and warrant in discovery.

The United States respectfully requests that Attachment D remain under seal, except that it may be provided to defense counsel, because it contains identifiable patient health information, including patient names and dates of birth. Attached to this motion is a proposed redacted version of Attachment D for the public docket.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney

By:     *s/ William M. Grady*
        WILLIAM M. GRADY, BPR 027258
        United States Department of Justice
        Criminal Division, Fraud Section

Trial Attorney
United States Attorney's Office
110 9th Avenue South, Suite A-961
Nashville, TN 37203
T: (615) (615) 736-5151 / F: (615) 401-6626
E: william.grady@usdoj.gov

2